IN THE UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF ILLINOIS

DETRICK CULLUM (#M-22036),

Plaintiff(s),

v.

THE STATE OF ILLINOIS, ET AL.,

Defendant(s).

Case No. 19 CV 6443
Judge Robert W. Gettleman

## JUDGMENT IN A CIVIL CASE

Judgment is hereby entered (check appropriate box):

☐ in favor of plaintiff(s)
and against defendant(s)
in the amount of $ ,

which ☐ includes pre–judgment interest.
☐ does not include pre–judgment interest.

Post-judgment interest accrues on that amount at the rate provided by law from the date of this judgment.

Plaintiff(s) shall recover costs from defendant(s).

☐ in favor of defendant(s)
and against plaintiff(s)

Defendant(s) shall recover costs from plaintiff(s).

☒ other: complaint summarily dismissed on initial review pursuant to 28 U.S.C. § 1915A for failure to state an actionable federal civil rights claim.

This action was *(check one)*:

☐ tried by a jury with Judge     presiding, and the jury has rendered a verdict.
☐ tried by Judge     without a jury and the above decision was reached.
☒ decided by Judge Robert W. Gettleman

Date: 10/2/2019

Thomas G. Bruton, Clerk of Court

Claire E. Newman, Deputy Clerk